AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

PATRICIA J. GIBSON,
Plaintiff,

V.

WESTPOINT STEVENS, INC.
WESTPOINT HOMES, INC.,
Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:06cv974-MEF

TO: (Name and address of Defendant)

WESTPOINT STEVENS, INC.
THE CORPORATION COMPANY
150 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LATEEFAH MUHAMMAD
ATTORNEY AT LAW, P.C.
POST OFFICE BOX 1096
TUSKEGEE INSTITUTE, ALABAMA 36087

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

DATE  11/2/06

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

PATRICIA J. GIBSON,
Plaintiff,

V.

WESTPOINT STEVENS, INC.
WESTPOINT HOMES, INC.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06cv974-MEF

TO: (Name and address of Defendant)

WESTPOINT HOMES, INC.
THE CORPORATION COMPANY
150 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LATEEFAH MUHAMMAD
ATTORNEY AT LAW, P.C.
POST OFFICE BOX 1096
TUSKEGEE INSTITUTE, ALABAMA 36087

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                11/2/06

CLERK                                                             DATE

(By) DEPUTY CLERK