IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA J. GIBSON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0974-MEF |
| | ) | |
| WESTPOINT STEVENS, INC., et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## **ORDER**

Upon of review and consideration of *Defendants' Motion to Compel* (Doc. 18, filed April 23, 2007) and *Defendants' Memorandum Supporting its Motion to Compel Discovery* (Doc. 19, filed April 23, 2007), it is

**ORDERED** that Plaintiff show cause why this motion should not be granted on or before **April 30, 2007**.

DONE this 24th day of April, 2007.

                                                /s/Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE