IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICIA J. GIBSON, | ) |
| Plaintiff, | ) ) ) |
| v. | )     3:06-CV-0974-MEF |
| WESTPOINT STEVENS, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Upon of review and consideration of *Defendants' Motion to Compel* (Doc. 18, filed April 23, 2007), *Defendants' Memorandum Supporting its Motion to Compel Discovery* (Doc. 19, filed April 23, 2007), and the failure of Plaintiff to respond to the Court's Show Cause Order by the deadline (*See* Doc. 20, Order filed April 24, 2007), it is for good cause **ORDERED** that Defendants' Motion to Compel Discovery is **GRANTED.** Plaintiff shall provide Defendants the requested discovery[1] on or before **May 8, 2007**.

It is further **ORDERED** that Defendants' request to deem WestPoint's First Requests for Admissions is **GRANTED** and each request for admission[2] filed is hereby deemed admitted.

---

[1] Defendants requested for complete disclosures under Rule 26(a)(1) and responses to First Interrogatories and First Requests for Production. *See* Docs. 18-19.

[2] The Request for Admissions were attached as Exhibit F to *Defendants' Memorandum Supporting its Motion to Compel Discovery* (Doc. 19-2, filed April 23, 2007).

Moreover, under Fed. R. Civ. P. 37(a)(4), Defendants shall be entitled to reasonable expenses incurred in making the motion to compel. It is therefore **ORDERED** that the parties shall convene for a Hearing on **May 14, 2007 at 10:00 a.m.** to determine Defendants' reasonable expenses in connection with the Motion to Compel. The conference shall be heard in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The conference shall be attended by at least one of the attorneys representing each of the parties and by any party who is not represented by an attorney.

DONE this 1st day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE