IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA J. GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0974-MEF |
| | ) | |
| WESTPOINT STEVENS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Upon of review and consideration of *Plaintiff's Motion to Alter, Amend, or Vacate Order* (Doc. 22, filed May 8, 2007), it is for good cause

**ORDERED** that the Motion shall be discussed and addressed at the scheduled Hearing on **May 14, 2007 at 10:00 a.m.** The conference shall be heard in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The conference shall be attended by at least one of the attorneys representing each of the parties and by any party who is not represented by an attorney. Plaintiff's request that the hearing be held telephonically is hereby **DENIED**.

Defendant may file a response to *Plaintiff's Motion to Alter, Amend, or Vacate Order*. Any such response must be filed with the court before **3:00 p.m. on May 11, 2007**.

DONE this 9th day of May, 2007.

    /s/Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE