UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Patricia J. Gibson, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WestPoint Stevens, Inc., and )<br>WestPoint Home, Inc., )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 3:06-CV-974-MEF |

## DEFENDANTS' MOTION FOR FEES AND EXPENSES

**COME NOW** the Defendants, pursuant to this Court's Order, filed the 4th day of May, 2007, and move this Honorable Court to enter an order awarding Defendant the attorneys' fees and expenses incurred in making Defendants' Motion to Compel. In support of this motion, Defendants submit the following Exhibits:

1. The Declaration of Fred W. Suggs, Jr., with supporting documentation establishing an hourly rate of $400 for Suggs' time, $145 for Paralegal Sheri Childress, and $60 for Paralegal Teresa Douglas. The statements for professional fees attached to Suggs' Affidavit (Attachments B, C, and D), document professional fees which have actually been billed to WestPoint Home, or will be billed to WestPoint Home, in the amount of $4,303.50.

2. The Declaration of James C. Pennington, which establishes Mr. Pennington's hourly rate at $295.

3. The Affidavit of Brian P. Murphy. Mr. Murphy testifies to the competence of Fred Suggs and the reasonableness of the hourly rate and time expended.

**WHEREFORE**, for the reasons stated in the Court's Order and the accompanying Memorandum, Defendants pray that this Motion be granted.

Dated this 9th day of May, 2007.

Respectfully submitted,

**/s/ James C. Pennington**
James C. Pennington
(ASB-1287-N62J)

OGLTREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place
1819 5th Avenue North, Suite 1000
Birmingham, Alabama 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
James.Pennington@odnss.com

Fred W. Suggs (ASB-3587-G61F)
OGLTREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
300 North Main Street (29601)
Post Office Box 2757
Greenville, South Carolina 29602
Telephone: (864) 271-1300
Facsimile: (864) 235-4754
Fred.Suggs@ogletreedeakins.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2007, I electronically filed the foregoing **Defendants' Motion for Fees and Expenses** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Lateefah Muhammad

Respectfully submitted,

**/s/ James C. Pennington**
OF COUNSEL.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Patricia Gibson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 3:06-CV-0974-MEF |
| ) | |
| WestPoint Stevens, Inc., and ) | |
| WestPoint Home, Inc., ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF FRED W. SUGGS, JR.

1. My name is Fred W. Suggs, Jr. I am over the age of 19 years. The statements in this declaration are based on my personal knowledge of the facts of this matter.

2. I graduated from the University of Alabama School of Law in 1975. I am admitted to the Bars of Alabama, Florida, and South Carolina.

3. I am a Shareholder in the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and have been a Shareholder continuously since January 1, 1980.

4. My Biography is included as Attachment A.

5. Ogletree, Deakins, Nash, Smoak & Stewart, P.C., maintains an office in Birmingham, Alabama. Although I occasionally work from the Birmingham office, my principal office is in Greenville, South Carolina.

6. My customary hourly rate is $400 for all matters. The hourly rate for experienced paralegal Sheri Childress is $145, and the paralegal rate for Teresa Douglas is $60 an hour.

7.  I have reviewed the attached statements for professional fees (Attachments B, C, and D), related to drafting the unanswered discovery and preparing a Motion to Compel and attest that the amounts listed are those that have actually been billed to WestPoint Home or will be billed to WestPoint Home. WestPoint Home has paid all of the statements, except those for April, which are not expected to be billed before May 10. Where entries contain descriptions of work which are not related to preparing the discovery or the motion to compel in this matter, a judgment has been made about the amount of time that was related to preparing the discovery or motion to compel and that reduced amount of time and the dollar value of the time are listed in brackets.

8.  The entries on the attached statements for professional fees total $4,303.50. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information contained in this Declaration is true and correct and that nay additions, modifications or deletions have been made and initialed by me.

Dated this 9th day of May, 2007.

Respectfully submitted,

*Fred W. Suggs*
Fred W. Suggs, Jr.

4949824.1



300 North Main Street
Greenville, SC 29601
Telephone: 864.271.1300
Toll Free: 800.277.1410
Facsimile: 864.235.8806
fred.suggs@gletreedeakins.com

### Fred W. Suggs, Jr.

Mr. Suggs has wide experience in labor and employment law. This experience ranges from advising clients on preventive measures to avoid formal charges and lawsuits, handling union campaigns, negotiating collective bargaining agreements, representing clients before the National Labor Relations Board and before the United States Courts of Appeals, to handling individual and class employment discrimination cases before the Equal Employment Opportunity Commission and the federal courts, as well as handling wrongful discharge and other employment-related litigation in state and federal courts.

Mr. Suggs was selected by his peers for listing in The Best Lawyers in America.

He has been made a fellow of the College of Labor and Employment Lawyers. He is a Certified Specialist in Labor and Employment Law.

Mr. Suggs has served the South Carolina Bar Association in many positions including Chairman of the Labor and Employment Section, Chairman of the Professional Responsibility Committee, Member of the Executive Committee of the Board of Grievances, and Thirteenth Judicial Circuit Representative to the House of Delegates. Mr. Suggs is currently on the Board of Governors, and serves as Secretary of the Bar.

**Practice Areas:**

Labor and Employment

**Education:**

J.D., University of Alabama, 1975
B.S., Kansas State University, 1970

**Admitted to Practice:**

U.S. Supreme Court
Alabama Supreme Court
South Carolina Supreme Court
Florida Supreme Court
U.S. District Court - Northern, Southern and Middle Districts of Alabama; Eastern District of Arkansas; Florida; and South Carolina
U.S. Court of Appeal - Fourth and Sixth Circuits

**Professional Activities:**

Alabama Bar Association
American Bar Association
Florida Bar Association
South Carolina Bar Association
South Carolina Bar – House of Delegates
South Carolina Bar Board of Governors - Member
South Carolina Bar - Labor and Employment Section - Former Chairman
Judicial Conference United States Court of Appeals for the Fourth Circuit - Permanent Member
Certified Specialist in Labor and Employment Law by South Carolina Supreme Court
Fellow of the College of Labor & Employment Lawyers

**Position:**

Shareholder

**SUGGS: ATTACHMENT A**



**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone: 864.241.1900
Facsimile: 864.235.4649
www.ogletreedeakins.com

March 7, 2007

L. Foy Fisher, III, VP Human Resources
WestPoint Home, Inc.
Post Office Box 71
West Point, GA 31833

PERSONAL AND CONFIDENTIAL

Invoice # 465960
Matter # 947124-000126

Re: Patricia J. Gibson v. WestPoint Stevens, Inc., WestPoint Homes, Inc.

For professional services rendered through February 28, 2007, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

PLEASE REMIT TO:   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.



Page 2
03/07/07
Invoice No. 465960
947124-000126-FWS

L. Foy Fisher, III, VP Human Resources
WestPoint Home, Inc.
Post Office Box 71
West Point, GA  31833

Re:   Patricia J. Gibson v. WestPoint Stevens, Inc., WestPoint Homes, Inc.

For professional services rendered through February 28, 2007:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/14/07 | FWS | Revise 26(a)(1); prepare First Interrogatories to Plaintiff. | 0.50 | 200.00 |
| 02/16/07 | FWS | Interrogatories, Requests to Admit, and Requests to Produce. | 2.00 [0.50 | 800.00 200.00] |
| 02/16/07 | SMC | Prepare Interrogatories, Request for Production and Request for Admissions. | 2.50 [1.00 | 362.50 145.00] |
| 02/19/07 | FWS | Prepare First Requests to Admit and references Bates numbers of certain important documents. | 1.50 [1.20 | 600.00 480.00] |
| 02/19/07 | SMC | Prepare Interrogatories, Request for Production and Request for Admissions; prepare documents for production; prepare letter to Plaintiff's counsel serving written discovery. | 4.00 | 580.00 |
| | | **TOTAL:** | | **$1,605.00** |

4941485.1



**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

Administrative Office
918 South Pleasantburg Drive (29607)
P.O. Box 167
Greenville, South Carolina 29602
Telephone: 864.241.1900
Facsimile: 864.235.4649
www.ogletreedeakins.com

April 6, 2007

L. Foy Fisher, III, VP Human Resources
WestPoint Home, Inc.
Post Office Box 71
West Point, GA 31833

PERSONAL AND CONFIDENTIAL

Invoice # 471997
Matter # 947124-000126

Re: **Patricia J. Gibson v. WestPoint Stevens, Inc., WestPoint Homes, Inc.**

For professional services rendered through March 31, 2007, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

PLEASE REMIT TO:   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Post Office Box 89
Columbia, SC 29202
Federal ID # 57-1044820

Payable upon receipt.
Direct inquiries to the billing attorney or the Account Services Department (864) 241-1900.

Atlanta, GA • Austin, TX • Birmingham
Greenville, SC • Houston, TX • Indian
Phoenix, AZ • Pittsburgh, PA • F

**SUGGS: ATTACHMENT C**

Columbia, SC • Dallas, TX • Greensboro, NC
own, NJ • Nashville, TN • Philadelphia, PA
, CA • Tucson, DC • Washington, DC

Case 3:06-cv-00974-MEF-TFM    Document 24-2    Filed 05/09/2007    Page 7 of 9



**Ogletree**
**Deakins**
ATTORNEYS AT LAW

Page 2
04/06/07
Invoice No. 471997
947124-000126-FWS

L. Foy Fisher, III, VP Human Resources
WestPoint Home, Inc.
Post Office Box 71
West Point, GA 31833

Re: Patricia J. Gibson v. WestPoint Stevens, Inc., WestPoint Homes, Inc.

For professional services rendered through March 31, 2007:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/23/07 | FWS | Letter to Lateefah Muhammad regarding compliance with Rule 26(a) initial disclosures and upcoming discovery deadline. | 1.00 [.30 | 400.00 120.00] |
| 03/26/07 | FWS | Letter to Muhammad regarding 26(a) disclosures and responses to WPH written discovery. | 0.30 | 120.00 |
| | | **TOTAL:** | | $240.00 |

4941487.1

Unbilled Recap Of Time Detail - I947124-000126 - Patricia J. Gibson v. WestPoint Stevens, Inc., WestPoint1    Page 1
Client:947124 - WestPoint Home, Inc.   05/02/2007 1:43:18 PM

| Date | ID | Name | Hours | Amount | Description | Matter | Index |
|---|---|---|---|---|---|---|---|
| 04/03/2007 | 0014 | Fred W. Suggs Jr. | 1.20 [1.6] | 480.00 [240.00] | F: follow up letter to Lateefah Muhammad regarding Rule 26(a) response and answer to discovery and proposed telephone conference; Muhammad; call to Lateefah Muhammad; letter to Lateefah Muhammad. | 947124-000126 | 4000405 |
| 04/06/2007 | 6044 | Sheri M. Childress | 0.10 | 14.50 | Telephone message and follow up e-mail to plaintiff's counsel regarding discovery. | 947124-000126 | 3997389 |
| 04/09/2007 | 0014 | Fred W. Suggs Jr. | 0.60 [1.20] | 240.00 [80.00] | call from Lateefah muhammad regarding discovery, subpoenas, etc. | 947124-000126 | 4002054 |
| 04/16/2007 | 0908 | James C. Pennington | 0.30 | 88.50 | Telephone call with Fred Suggs re: plaintiff's failure to produce documents and respond to interrogatories and requests for admission and re: plaintiff's objections to subpoenas | 947124-000126 | 4008534 |
| 04/16/2007 | 0014 | Fred W. Suggs Jr. | 1.30 [.50] | 520.00 [200.00] | receive and review letter from Lateefah Muhammad dated April 13, regarding tardy discovery; related research under FRCP and local rules; letter to Lateefah Muhammad; | 947124-000126 | 4012240 |

**SUGGS: ATTACHMENT D**

Unbilled Recap Of Time Detail - [947124-000126 - Patricia J. Gibson v. WestPoint Stevens, Inc., WestPointI　　　　　　　　　　Page 2
Client:947124 - WestPoint Home, Inc.   05/02/2007 1:43:18 PM

| Date | | Timekeeper | Hours | Amount | Description | | |
|---|---|---|---|---|---|---|---|
| 04/20/2007 | 6044 | Sheri M. Childress | 0.70 | 101.50 | Review file and assemble potential attachments to Motion to Compel. | 947124-000126 | 4023161 |
| 04/20/2007 | 0014 | Fred W. Suggs Jr. | 1.00 | 400.00 | Prepare motion to compel. | 947124-000126 | 4019289 |
| 04/23/2007 | 0014 | Fred W. Suggs Jr. | 2.30 | 920.00 | Prepare Motion to Compel; letter to Lawrence Williams. | 947124-000126 | 4024761 |
| 04/23/2007 | 6044 | Sheri M. Childress | 1.20 | 174.00 | Prepare Memorandum Supporting Motion to Compel; prepare Motion to Compel Responses to Written Discovery; file Motion to Compel. | 947124-000126 | 4028063 |

TOTAL:     $2,458.50

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **Patricia Gibson,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 3:06-CV-0974-MEF |
| ) | |
| **WestPoint Stevens, Inc., and** ) | |
| **WestPoint Home, Inc.,** ) | |
| ) | |
| **Defendant.** ) | |

### DECLARATION OF JAMES C. PENNINGTON

1.   My name is James C. Pennington. I am over the age of 19 years. The statements in this declaration are based on my personal knowledge of the facts of this matter.

2.   I graduated from Vanderbilt University School of Law in 1990. I am admitted to the Alabama Bar.

3.   I am a Shareholder in the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

4.   My Biography is included as Attachment A.

5.   Ogletree, Deakins, Nash, Smoak & Stewart, P.C., maintains an office in Greenville, South Carolina. Although I occasionally work from the Greenville office, my principal office is in Birmingham, Alabama.

6.   My customary hourly rate is $295 for all matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information contained in this Declaration is true and correct and that nay additions, modifications or deletions have been made and initialed by me.

Dated this 9th day of May, 2007.

Respectfully submitted,

/s/ James C. Pennington

James C. Pennington

4949793.1

2

# Ogletree Deakins

**James C. Pennington**  



Shareholder
james.pennington@ogletreedeakins.com

**Office(s):**

Birmingham
p: 205-328-1900
f: 205-328-6000

**Practice Area(s):** Class Action Defense, Labor and Employment

**Bio:**

Mr. Pennington began practicing labor and employment law at a large, regional firm in Birmingham in 1990. Since that time he has concentrated his practice in the area of labor and employment law. He became a founding member of the Birmingham office of Ogletree Deakins in 1997.

Mr. Pennington represents employers before state and federal courts and administrative agencies such as the National Labor Relations Board and the Equal Employment Opportunity Commission. He also represents employers before arbitrators and administrative review bodies such as tenure commissions and personnel review panels. His litigation experience includes a broad range of employment-related issues, including discrimination, labor strikes, collective bargaining agreements, employment contracts, class actions, wage and hour disputes, trade secrets, non-competition agreements, and employee benefits. He also has substantial experience representing public employers and non-profit entities in the defense of first amendment and other constitutional and civil rights cases in state and federal courts.

Mr. Pennington devotes a large portion of his practice to counseling with employers on avoidance of labor and employment problems. He works with employers to develop preventive labor relations programs and assists clients in developing personnel policies, procedures and handbooks. Mr. Pennington frequently speaks to and trains human resources professionals and other managers on issues relating to employment.

**Education:**

J.D., Vanderbilt University School of Law, 1990
B.A., Birmingham Southern College, *cum laude*, 1987

**Admitted to Practice:**

State of Alabama
United States Supreme Court
United States Court of Appeals for the Eleventh Circuit
United States District Court for the Northern, Middle, and Southern Districts of Alabama

**Activities:**

American Bar Association - Labor and Employment Section Member, Alabama State Bar - Labor and Employment Section Member, National Association of College and University Attorneys



**PENNINGTON: ATTACHMENT A**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

Patricia Gibson,                )
                                )
    Plaintiff,                  )
                                )
v.                              )    CIVIL ACTION NO.: 3:06-CV-0974-MEF
                                )
WestPoint Stevens, Inc., and    )
WestPoint Home, Inc.,           )
                                )
    Defendant.                  )

### AFFIDAVIT OF BRIAN P. MURPHY

COMES NOW, Brian P. Murphy, who, after being duly sworn, deposes and says:

1. I was born on May 24, 1965. I am competent to give this Affidavit.

2. I received a J.D. from the University of South Carolina in 1992. I am admitted to the Bars of Pennsylvania and South Carolina. I maintain my law office in Greenville, South Carolina, where I limit my practice to labor and employment law and commercial litigation. Although I occasionally represent defendants, my practice is primarily representing plaintiffs in labor and employment matters.

3. I am familiar with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. I know Fred W. Suggs, Jr., from practicing law with him from 1994 to 1996. I have participated in South Carolina Bar activities with Mr. Suggs and have enjoyed the numerous presentations he makes to our section of the Bar. I have held mediations in which Mr. Suggs represented one of the parties. I have had a number of employment cases where I represented the plaintiff, and Mr. Suggs represented the defendant as well as one case in which he represented a plaintiff corporation and I represented a defendant.

4. Mr. Suggs adheres to the highest ethical standards. He is extremely efficient and neither engages in unnecessary work nor prolongs proceedings. Mr. Suggs has an excellent reputation as a zealous, but fair advocate and is certainly considered to be one of the top defense employment litigators in South Carolina.

5. I have reviewed Mr. Suggs' Affidavit and the accompanying statements for services. I find both the hourly rate of $400 and the time expended on discovery matters, including WestPoint Home's Motion to Compel Discovery, to be reasonable and customary.

6. I also am well familiar with Sheri Childress from having worked with her on several cases and from having her assist in a mediation that I conducted. Ms. Childress is an outstanding paralegal, who takes on responsibilities at a very senior level. Ogletree's clients are very well served by having her perform services at $145 per hour.

Dated this 9th day of May, 2007.

Respectfully submitted,

Brian P. Murphy (#6405)

BRIAN MURPHY LAW FIRM, P.C.
708 E. McBee Avenue
Greenville, South Carolina 29601
Telephone: (864) 370-9400
Facsimile: (864) 241-1386
brian@brianmurphylawfirm.com

SWORN TO and subscribed before me
this 9th day of May, 2007

Notary Public for South Carolina
My Commission Expires: ~~May 9, 2007~~
My Commission Expires
June 22, 2010

2