IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICIA J. GIBSON   Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO.: 03-06cv974-MEF-TFM<br>) |
| WESTPOINT STEVENS, INC.  et al.,   Defendants. | )<br>)<br>)<br>) |

**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE
TO PLAINTIFF'S MOTION TO ALTER, AMEND OR VACATE ORDER**

The Plaintiff, by and through her attorney of record, respectively submits this reply to the Defendants' Response (**Doc #25**) to Plaintiff's Motion (**Doc #22**) to Alter, Amend or Vacate Order (**Doc. #21**) in the above case. The Plaintiff offers the following:

1. The Plaintiff sent, by United States Priority Mail, to the Defendants, on the 8th day of May, 2007, her fully executed responses to the Defendants' discovery requests as Ordered by this Court, a copy of which can be produced for the Court's review, if the Court wishes. Since it is a matter of discovery, the Plaintiff has not included a copy here;

2. In addition, the Plaintiff sent to the Defendants, by email, on the 8th day of May, 2007, her electronically signed responses to the Defendants' discovery requests, in a portable document format. Again, the Plaintiff has not produced a copy here because it is a matter of discovery; however, if the Court wishes, a copy can be produced; and,

3. Further, the Plaintiff represents to this Court that, in response to the Defendants' claim that he never received the discovery responses, the Plaintiff sent, by facsimile on 11th day of May, 2007, a copy of the identical discovery responses (without the production items) which were originally sent by United States Priority Mail to the Defendants on 8 May 2007.

        s/Lateefah Muhammad
        Lateefah Muhammad  (*Ala. Code* MUH001)
        ATTORNEY FOR PLAINTIFF


Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee, Alabama 36087
(334) 727-1997 telephone and facsimile
lateefahmuhammad@aol.com
ASB-2673-A58L


### CERTIFICATE OF SERVICE

  I hereby certify that on 11 May 2007, I electronically filed the foregoing Plaintiff's Reply to Defendants' Response to Plaintiff's Motion to Alter, Amend or Vacate Order to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James C. Pennington, Esquire and Fred Suggs, Jr., Esquire, attorneys for Defendants.

        s/Lateefah Muhammad
        Lateefah Muhammad

2