IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA J. GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0974-MEF |
| | ) | |
| WESTPOINT STEVENS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon of review and consideration of *Plaintiff's Motion to Alter, Amend, or Vacate Order*[1] (Doc. 22, filed May 8, 2007), *Objection to Plaintiff's Motion to Alter, Amend or Vacate Order* (Doc. 25, filed May 9, 2007), *Plaintiff's Reply to Defendants' Response to Plaintiff's Motion to Alter, Amend, or Vacate Order* (Doc. 26, filed May 11, 2007), and the oral arguments of counsel at the hearing on May 14, 2007, it is for good cause

**ORDERED** that *Plaintiff's Motion to Alter, Amend or Vacate Order* (Doc. 22) is **DENIED in part** in its request to vacate the Court's Order. Defendants' Motion to Compel Discovery is still **GRANTED** and Plaintiff shall respond and produce the requested discovery no later than **3:00 p.m. on May 18, 2007**.[2]

---

[1]     Plaintiff's Motion pertains to the Court's Order issued on May 1, 2007 (Doc. 21) granting *Defendants' Motion to Compel* (Doc. 18, filed April 23, 2007) and deeming WestPoint's First Requests for Admissions admitted.

[2]     Plaintiff avers in her Motion that on May 8, 2007 she had responded to each of Defendants' discovery requests (*see* ¶ 2); however, Defendants state they had not yet received the responsive discoveries. As such, the Court moves the deadline from May 8, 2007 to the

It is further **ORDERED** that *Plaintiff's Motion to Alter, Amend or Vacate Order* (Doc. 22) is **GRANTED in part** in that the Court vacates the part of the Order[3] deeming each request for admission admitted.[4]

DONE this 14th day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

above referenced deadline of May 18, 2007 by 3:00 p.m.

[3]     Thus the second paragraph of the Court's Order (Doc. 21) is hereby vacated.

[4]     The Request for Admissions were attached as Exhibit F to *Defendants' Memorandum Supporting its Motion to Compel Discovery* (Doc. 19-2, filed April 23, 2007).