IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA J. GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0974-MEF |
| | ) | |
| WESTPOINT STEVENS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon of review and consideration of *Defendants' Motion for Fees and Expenses* (Doc. 24, filed May 9, 2007), *Plaintiff's Objection to Defendants' Motion for Attorney's Fees and Expenses* (Doc. 28, filed May 14, 2007), and the oral arguments of counsel, it is for good cause

**ORDERED** that *Defendants' Motion for Fees and Expenses* (Doc. 24) is **GRANTED** to the extent it seeks recovery of expenses incurred in pursuit of its *Motion to Compel* (Doc. 18).[1] Defendants are awarded reasonable expenses in the amount of **$2,500.00**. The parties shall attempt, on their own, to determine the time and manner for collecting the $2,500.00 award. The remaining fees requested are **DENIED**.[2]

---

[1] Reasonable expenses incurred in making a motion to compel are recoverable under FED. R. CIV. P. 37(a)(4).

[2] Defendants requested in total $4,303.50.

DONE this 14th day of May, 2007.

    /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE