**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 17, 2007

# NOTICE OF DOCKETING ERROR

From:   Clerk's Office

To:     ALL COUNSEL OF RECORD

Case Style:   Gibson v. WestPoint Stevens, Inc. et al

Case Number:   3:06cv00974-MEF

Docket Entry Number:   31

**The above referenced ORDER was filed in the wrong case on 5/17/2007. This order is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**