IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA J. GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0974-MEF |
| | ) | |
| WESTPOINT STEVENS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon of review and consideration of *Motion for Protective Order by Non-Party* (Doc. 33, filed May 18, 2007), it is

**ORDERED** that Plaintiff show cause why James R. Whatley, M.D. should not produce the documents as requested by the subpoena. Further, Plaintiff is **ORDERED** to show cause why the motion for protective order should not be granted on or before **May 25, 2007**.

DONE this 23rd day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE