IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICIA J. GIBSON, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) CASE NO. 3:06-cv-974-MEF-TFM ) |
| WESTPOINT STEVENS, INC, et al., | ) ) |
| DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on the Plaintiff's Objections to Magistrate Judge's Order (Doc. # 42) filed by Plaintiff on June 28, 2007. These objections challenge the orders of the Magistrate Judge relating to the imposition of sanctions for the conduct of Plaintiff and her counsel relating to discovery in this case. In accordance with Federal Rule of Civil Procedure 72(a), this Court has reviewed objection, the Magistrate Judge's Orders, and all submissions related to those Orders. This Court finds that the Magistrate Judge's Orders are neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, Plaintiff's objections are OVERRULED.

DONE this the 5th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE