IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICIA J. GIBSON, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>WESTPOINT STEVENS, INC., *et al.,* )<br>)<br>    Defendants. ) | CASE NO. 3:06-cv-974-MEF |

## **O R D E R**

Upon consideration of the defendants' Motion for Summary Judgment (Doc. #44) filed on August 3, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on August 27, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before August 20, 2007. The defendants may file a reply brief on or before August 27, 2007.

***The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.***

DONE this the 7th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE