IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

PATRICA J. GIBSON,

    Plaintiff,

v.                                                3:06-CV-974-MEF

WESTPOINT STEVENS, INC.,
WESTPOINT HOME, INC.

    Defendants.

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, Patricia J. Gibson, and Defendants, WestPoint Stevens, Inc. and WestPoint Home, Inc., and pursuant to FED. R. CIV. P. 41(a)(2), jointly move that the action against said Defendant be dismissed, with prejudice, costs to be taxed as paid.

Respectfully submitted on this 5th day of September, 2007.

/s/ Lateefah Muhammad
Lateefah Muhammad (Ala. Code MUH001)
Attorney for Plaintiff

Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee, Alabama 36087
(334) 727-1997 telephone and facsimile
lateefahmuhammad@aol.com

_[signature]_
Attorney for Defendant

**OF COUNSEL:**
James C. Pennington
Bar No.: ASB-1287-N62J
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL 35203-2118
Ph: (205)328-1900
james.pennington@odnss.com

Fred W. Suggs, Jr.
Bar No.: ASB-3587-G61F
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
300 North Mail Street
Greenville, South Carolina 29601
Telephone: (864) 271-1300
Facsimile: (864) 235-4754
E-mail:   fred.suggs@odnss.com

2